UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

    Loveridge v. Ultimate Homes of Utah, LLC

    Debtor(s).

Case No. 09–02032

Chapter 0

ORDER OF REASSIGNMENT

    Due to the retirement of the former Chief Judge Glen E. Clark, and pursuant to Local Rule 1073–1, the Court hereby reassigns the above captioned case, and any associated open adversary proceedings, to Judge R. Kimball Mosier.

Dated: February 13, 2009

*/s/ William T. Thurman*

United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: jtt                    Page 1 of 1                   Date Rcvd: Feb 16, 2009
Case: 09-02032                 Form ID: ftrmgec             Total Served: 3

The following entities were served by first class mail on Feb 19, 2009.
aty           David A. Nill,   Woodbury & Kesler,   265 East 100 South, Ste. 300,   P.O. Box 3358,
               Salt Lake City, UT   84110-3358
pla           Elizabeth R. Loveridge,   265 East 100 South,   Suite 300,   P.O. Box 3358,
               Salt Lake City, UT   84110-3358
dft          +Ultimate Homes of Utah, LLC,   1694 East Apple Orchard Court,   Draper, UT 84020-7701

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2009**          Signature:    _Joseph Speetjens_